ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Case No. 00-1597 DWF/SRN

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers' Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

vs.

Sandd Excavating, Inc.,

Defendant.

**ORDER**

UPON CONSIDERATION of Defendant, Sandd Excavating Inc.'s, Motion To Add A Party and good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion To Add A Party is granted and the Defendant is permitted to file and serve its Third-Party Complaint.

BY THE COURT:

Dated: September 12, 2000

Susan Richard Nelson
Susan Nelson
United States Magistrate Judge

FILED SEP 12 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK