**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Case No. 00-CV-1597 DWF/SRN

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers' Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

**ORDER OF DISMISSAL WITH PREJUDICE**

vs.

Sandd Excavating, Inc.,

Defendant-Third-Party-Plaintiff,

vs.

Laborers' District Council of Minnesota and North Dakota,

Third-Party-Defendant.

---

UPON CONSIDERATION of the Joint Stipulation For Dismissal With Prejudice;

IT IS HEREBY ORDERED that Sandd's Third-Party Complaint against the Union and the Union's defenses against Sandd in the above-captioned matter be dismissed in their entirety with prejudice, without costs or attorneys' fees to either Party.

Dated: March 15, 2001

Honorable Donovan W. Frank
United States District Court Judge

FILED MAR 15 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Case No. 00-CV-1597 DWF/SRN

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers' Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

vs.

Sandd Excavating, Inc.,

Defendant-Third-Party-Plaintiff,

vs.

Laborers' District Council of Minnesota and North Dakota,

Third-Party-Defendant.

COMES NOW the Defendant-Third-Party-Plaintiff, Sandd Excavating, Inc. ("Sandd"), and the Third-Party-Defendant, Laborers' District Council of Minnesota and North Dakota ("Union"), in the above-captioned matter, by their respective undersigned counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate, and move the Court, to dismiss Sandd's Third-Party Complaint against the Union and the Union's defenses against Sandd in the above-captioned matter in their entirety with prejudice, with each Party bearing its own costs and attorneys' fees.

WHEREFORE the Parties respectfully request that this Court dismiss Sandd's Third-Party Complaint against the Union and the Union's defenses against Sandd in the above-captioned matter in their entirety with prejudice without costs or attorneys' fees to either Party.

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Dated: 3/14/00

By: ______________________

Gregory L. Peters (#289401)
BURK & SEATON, P.A.
7301 Ohms Lane, Suite 320
Edina, MN 55439
(952) 896-1700

ATTORNEY FOR DEFENDANT-THIRD-PARTY-PLAINTIFF, SANDD EXCAVATING, INC.

Dated: 3-14-01

By: Kelly A. Jeanetta

Kelly Jeanetta (# 277204 )
Miller O'Brien
2098 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402-1529

ATTORNEY FOR THIRD-PARTY-DEFENDANT, LABORERS' DISTRICT COUNCIL OF MINNESOTA AND NORTH DAKOTA