ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Case No. 00-CV-1597 DWF/SRN

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

vs.

SANDD EXCAVATING, INC.,

Defendant-Third-Party-Plaintiff,

vs.

Laborers' District Council of Minnesota and North Dakota,

Third-Party-Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

UPON CONSIDERATION of the Stipulation for Dismissal With Prejudice;

IT IS HEREBY ORDERED that the above-captioned matter be dismissed in its entirety with prejudice, without costs or attorneys' fees to either party.

This Court will retain jurisdiction over this matter for a period of thirty (30) days to enforce the private Settlement Agreement, if necessary.

Date: May 4, 2001

Donovan W. Frank
Judge of District Court

62966

FILED MAY 04 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ORIGINAL

Case No. 00-CV-1597 DWF/SRN

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers' Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

vs.

Sandd Excavating, Inc.,

Defendant-Third-Party-Plaintiff,

vs.

Laborers' District Council of Minnesota and North Dakota,

Third-Party-Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the Parties, Minnesota Laborers Health and Welfare Fund; Minnesota Laborers' Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust and Sandd Excavating, Inc. in the above-captioned matter, by their respective undersigned counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate, and move the Court, to dismiss the above-captioned matter in its entirety with prejudice, with each Party bearing its own costs and attorneys' fees. The Parties also move the Court to retain jurisdiction over this matter if the enforcement of their private Settlement Agreement becomes necessary.

WHEREFORE the Parties respectfully request that this Court dismiss the above-captioned matter in its entirety with prejudice without costs or attorneys' fees to any Party.

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #49 HEALTH AND WELFARE FUND, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, LOCAL NO. 49 INTERNATIONAL UNION OF OPERATING ENGINEERS AND ASSOCIATED GENERAL CONTRACTS OF MINNESOTA APPRENTICESHIP AND TRAINING FUND

By: ______________________________

Pamela H. Nissen (#259810)
McGrann Shea Franzen Carnival
Straughn & Lamb, Chartered
800 Nicollet Mall, Suite 2600
Minneapolis, Minnesota 55402-7035

ATTORNEY FOR PLAINTIFF, MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS' PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST

By: ______________________________

Gregory L. Peters (#289401)
BURK & SEATON, P.A.
7301 Ohms Lane, Suite 320
Edina, Minnesota 55439
(952) 921-4607

ATTORNEYS FOR DEFENDANT-THIRD-PARTY-PLAINTIFF, SANDD EXCAVATING, INC.